UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JACQUELINE KOUTLAKIS,

                      Plaintiff,

          -against-

C P GRILL CORP., *et al.*,

                      Defendants.
-----------------------------------------------------------X

**REPORT AND RECOMMENDATION**
19 CV 1669 (DLI) (CLP)

**POLLAK**, Chief United States Magistrate Judge:

      The Court held a docket call in this case on April 9, 2021 at 2:15 p.m. Lina Stillman, Esq., appeared with her client, plaintiff Jacqueline Koutlakis. Defendants C P Grill Corp., Patricia Bohman, and Christo Ioannides did not appear.

      Defendants Bohman and Ioannides, both pro se, had previously failed to appear for three earlier conferences scheduled for September 18, 2020, December 11, 2020, and February 19, 2021. Defendant C P Grill Corp.'s counsel also failed to appear for the September 18, 2020 and February 19, 2021 conferences. Each of these defendants had also failed to appear for even earlier conferences in this case, leading this Court to recommend that default enter. (See R&R[1]). After new counsel appeared for C P Grill Corp, the plaintiff requested to proceed with the case and, as a consequence, no default was entered at that time. (See ECF No. 32). Unfortunately, defendants' compliance with court orders has not improved since new counsel took over the representation and, as noted, there have now been four scheduled conferences which had to be adjourned because some or all of the defendants failed to appear.

---

[1] Citations to "R&R" refer to the Court's previous Report and Recommendation, dated January 15, 2020, recommending entry of default against the defendants for failure to appear at multiple conferences and for C P Grill Corp's failure to retain counsel, ECF No. 28.

Following their failure to appear for the conference set for February 19, 2021, this Court warned defendants that if they failed to appear again, the Court would again recommend that default enter and that damages be assessed against them.

## DISCUSSION

Rule 55(a) of the Federal Rules of Civil Procedure confers on courts the discretion to enter default judgment against a party for failure to "plead or otherwise defend." Fed. R. Civ. P. 55(a). Here, the defendants have failed to appear on numerous occasions, causing extensive delay and added expense on the part of plaintiff's counsel who has had to appear only to be told the conference could not proceed due to the defendants' absence.

Accordingly, given defendants' failure to appear for the April 9, 2021 conference, the Court respectfully recommends that a default enter against all of the defendants for failure to appear, and that plaintiff be authorized to file for default judgment.

Any objection to this Report and Recommendation must be filed with the Clerk of the Court within fourteen (14) days. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 6(a) (e) (providing the method for computing time). Failure to file objections within the specified time waives the right to appeal the District Court's order. See, e.g., Caidor v. Onondaga Cty., 517 F. 3d 601, 604 (2d Cir. 2008) (explaining that "failure to object timely to a . . report [and recommendation] operates as a waiver of any further judicial review of the magistrate [judge's] decision").

The Clerk is directed to send copies of this Report and Recommendation to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
April 16, 2021

/s/ Cheryl L. Pollak
Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York