UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JACQUELINE KOUTLAKIS,

                Plaintiff,

    -against-                                **ORDER**
                                              19 CV 1669 (DLI) (CLP)

C P GRILL CORP., *et al.*,

                Defendants.
-----------------------------------------------------------X

**POLLAK**, Chief United States Magistrate Judge:

        On January 15, 2020, the Court issued a Report and Recommendation recommending that default enter against C P Grill Corp due to its failure to obtain counsel. In light of the fact that Konstantinos Gaisidis, Esq., subsequently entered an appearance for C P Grill Corp. and participated in multiple conferences, the Court withdraws its Report and Recommendation of January 15.

        The case will proceed against defendant C P Grill Corp. A conference has been set for July 21, 2021 at 11:45 a.m. The conference will proceed via AT&T conference call. Please dial 877-336-1839 at 11:45 a.m. Enter access code: 380-1746 and security code: 19-1669.

        The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

        **SO ORDERED.**

Dated: Brooklyn, New York
       July 7, 2021

                                                        /s/ Cheryl L. Pollak
                                                        Cheryl L. Pollak
                                                        Chief United States Magistrate Judge
                                                        Eastern District of New York