UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JACQUELINE KOUTLAKIS,

                    Plaintiff,

          -against-

                                                   **REPORT & RECOMMENDATION**
                                                19 CV 1669 (DLI) (CLP)

C P GRILL CORP., *et al.*,

                    Defendants.
---------------------------------------------------------X

**POLLAK**, Chief United States Magistrate Judge:

      On March 24, 2019, plaintiff Jacqueline Koutlakis filed this action against defendants

C P Grill Corp. ("C P Grill"), Patricia Bohman, and Christo Ioannides (collectively,

"defendants"), alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et.

seq., the New York Labor Law, Article 6, § 190 et. seq., Article 19, § 650 et. seq., and the

supporting New York State Department of Labor Regulations (collectively, "NYLL").  (See ECF

No. 1).

      After more than three years of issues surrounding defendants and their ability to obtain

counsel, the Clerk of Court entered a default against the individual defendants Bohman and

Ioannides on June 11, 2021.  (See ECF No. 50).  On July 8, 2021, plaintiff filed a motion for

default judgment against the individual defendants Bohman and Ioannides.  (See ECF Nos. 52-

57).  On July 9, 2021, the Honorable District Judge Dora L. Irizarry referred the motion to the

undersigned for a Report and Recommendation.  (See Electronic Order, dated July 9, 2021).

      On November 9, 2021, this Court held a conference at which counsel for corporate

defendant C P Grill notified the Court that he had been unable to contact his client and would

move to withdraw.  (See Minute Entry, dated Nov. 10, 2021).  On February 1, 2022, defense

counsel filed a letter stating that he had still been unable to contact his client.  (See ECF No. 61).

As a result, this Court set a conference for February 17, 2022, Ordering a representative of C P

Grill to attend or contact counsel before the conference.  (See ECF No. 62).  The Order warned

that, should defendant fail to appear, the Court would recommend that a default enter against C P

Grill.  (Id.)

At the February 17, 2022 conference, defendant Ioannides appeared as a representative of

C P Grill alongside counsel.  (See Minute Entry, dated Feb. 18, 2022).  Counsel then notified the

Court that he would continue to represent C P Grill.  Plaintiff's counsel was also present, and the

parties agreed to attend mediation.  (Id.)  The Court referred the case to mediation on February

18, 2022.

Since the parties will be mediating the case, the Court respectfully recommends that the

default judgment motion be denied without prejudice to renew in the event mediation proves

unsuccessful.

Plaintiff is **ORDERED** to serve a copy of this Report and Recommendation on

defendants Bohman and Ioannides and file proof of service on the docket by March 4, 2022.

Any objections to this Report and Recommendation must be filed with the Clerk of the

Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report.

Failure to file objections within the specified time waives the right to appeal the District Court's

Order.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(e), 72; Caidor v. Onondaga Cty., 517

F.3d 601, 604 (2d Cir. 2008).

The Clerk is directed to send copies of this Report and Recommendation to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: March 1, 2022
       Brooklyn, New York

*Cheryl L. Pollak*
CHERYL L. POLLAK
Chief United States Magistrate Judge
Eastern District of New York