UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JACQUELINE KOUTLAKIS,

                 Plaintiff,

        -against-                                    **REPORT AND RECOMMENDATION**

C P GRILL CORP, PATRICIA BOHMAN,        19 CV 1669 (DLI) (CLP)
 *and* CHRISTO IONNIDES,

                 Defendants.

-----------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

The Court held a status conference on October 5, 2022. Lina Stillman, Esq. appeared on behalf of the plaintiff and Konstantinos Gaisidis, Esq. appeared on behalf of defendant C P Grill Corp ("C P Grill"). Defendants Patricia Bohman and Christo Ioannides did not appear.[1] During this conference, Mr. Gaisidis informed the Court that he was experiencing difficulty contacting his client. The undersigned Ordered defendant C P Grill to either produce outstanding discovery or have counsel withdraw by October 12, 2022. Defendant did not produce discovery by the deadline, and counsel did not withdraw. Accordingly, by order dated October 20, 2022, the undersigned Ordered that discovery is closed and gave defendant C P Grill until November 3, 2022 to contact plaintiff's counsel or the Court; otherwise, the Court would issue a Report and Recommendation recommending an entry of default against defendant C P Grill. (ECF No. 70). Defendant C P Grill failed to comply.

Defendant C P Grill had previously failed to retain counsel, and even after retaining counsel, failed to appear for numerous conferences through counsel, resulting in <u>two</u> prior

---

[1] Currently pending before this court is plaintiff's motion for default judgment as to defendants Bohman and Ionnides. (ECF No. 68).

1

Report and Recommendations, dated January 15, 2020, and April 16, 2021, recommending entry of default against C P Grill Corp. (ECF Nos. 28, 45). In rejecting the undersigned's more recent Report and Recommendation as to C P Grill (see ECF No. 49), the district court gave C P Grill one more opportunity to comply with the Court's orders and warned that "[a]ny additional unexcused absence from a conference or hearing will result in sanctions, including entering a notation of default." (ECF No. 49). Despite being given numerous opportunities, defendant C P Grill has now failed yet again to comply with the Court's orders.

## DISCUSSION

Rule 55(a) of the Federal Rules of Civil Procedure confers on courts the discretion to enter default judgment against a party for failure to "plead or otherwise defend." Fed. R. Civ. P. 55(a). Here, the defendant has previously failed to appear on numerous occasions, causing extensive delay and added expense on the part of plaintiff's counsel who has had to appear only to be told the conference could not proceed due to the defendant's absence. Furthermore, defendant has again failed to comply with the Court's Orders, even after being provided another warning at the October 5, 2022 status conference, and in the subsequent October 20, 2022 Order, that the continued failure to defend would result in a Report and Recommendation recommending an entry of default.

Accordingly, given defendant's failure to comply with the October 5, 2022 and October 20, 2022 Orders, the Court respectfully recommends that a default enter against defendant C P Grill for failure to defend, and that plaintiff be authorized to file for default judgment.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal the District Court's

Order.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 6(a) (providing the method for computing time).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  See, e.g., Caidor v. Onondaga Cnty., 517 F.3d 601, 604 (2d Cir. 2008).

The Clerk is directed to send copies of this Report and Recommendation to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
        April 11, 2023

                                         /s/ Cheryl L. Pollak
                                         Cheryl L. Pollak
                                         United States Magistrate Judge
                                         Eastern District of New York